United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20699
c/w No. 03-40881
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN FELIPE GARCIA,

Defendant-Appellant.

---------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-789-1
USDC No. L-96-CR-312-1
---------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael Westcott Gordon, court-appointed counsel for

Juan Felipe Garcia, has moved for leave to withdraw from

these appeals and has filed a brief as required by <u>Anders</u>

<u>v. California</u>, 386 U.S. 738 (1967).  Garcia has received a copy

of counsel's motion and brief but has not filed a response.

Our independent review of the brief and the record discloses no

nonfrivolous issue.  Accordingly, the counsel's motion for leave

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED AS FRIVOLOUS.  See 5TH CIR. R. 42.2.